**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.
**F I L E D**
JAN 2 1 2020
AT_____O'CLOCK____
John M. Domurad, Clerk - Syracuse

Meyer Rogers   **Plaintiff(s)**

vs.

CPS   **Defendant(s)**

Civil Case No.: 5: 20- CV- 0075 (LEK/ATB)

**COMPLAINT PURSUANT**
**TO THE AMERICANS**
**WITH DISABILITIES ACT**

Plaintiff(s) demand(s) a trial by: ____ JURY   _X_ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

### PARTIES

2. a. Plaintiff: Meyer Rogers

   Address: 229 Dulch St.

   Syracuse NY

   b. Plaintiff: Shelton

   Address: _____

Additional Plaintiffs may be added on a separate sheet of paper.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| _Sharon Zebrowski_ **Plaintiff(s)** | ) ) ) ) | **Civil Case No.:** |
| **vs.** | ) ) | **COMPLAINT FOR** **EMPLOYMENT** |
| _Megan Rogers_ **Defendant(s)** | ) ) ) | **DISCRIMINATION** **BASED UPON AGE** |

Plaintiff(s) demand(s) a trial by: ____ JURY   X   COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.   Jurisdiction is conferred on this court pursuant to 29 U.S.C. §§ 626(c)(1).  If the plaintiff is a **federal** employee, jurisdiction is conferred on this court pursuant to 29 U.S.C. § 633a(c).

## PARTIES

2. a.   Plaintiff:   _CPS_

   Address:   _7364 Maplehurst Rd_
   _Utica, NY 13039_

   b. Plaintiff:   _Megan Rogers_

   Address:   _229 Duane St._
   _Syracuse, NY 13207_

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: _____

        Official Position: _____

        Address: _____

        _____

        _____

    b.  Defendant: _Andrea Levandowsi_

        Official Position: _CPS worer_

        Address: _201 Montgamny St._

        _Cuic Center_

        _Children's Dwsion_

Additional Defendants may be added on a separate sheet of paper.

4.  This action is brought pursuant to the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634(b), as amended, for employment discrimination based on age.

5.  Venue is invoked pursuant to 28 U.S.C. § 1391.

6.  The conduct complained of in this action involves:

    (A)  _____  Failure to employ

    (B)  _____  Termination of employment

    (C)  __X__  Failure to promote

    (D)  _____  Unequal terms and conditions of employment

    (E)  _____  Reduction in wages

    (F)  _____  Retaliation

    (G)  _____  Other acts as specified below:

    _____

    _____

b.    Defendant:    _Megan Rogers_

Official Position:    _I'M not swearing_

Address:    _on a bible_

_- the Sultan's Daughter in Law_

c.    Defendant:    _S_____

Official Position:    _daughter_

Address:    _Eastwood_

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

_- Oct 30th - pasioned while having baby._

_- 2001-2003 - DMV Jewish hate crime_

_- pasioned at 8 yrs old - school lunch_

_- Potsdam - My civi Rights!!_

5.                        **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

well England did get involved.

Beneficiary that was ignored

CPS — Cult 7

### SECOND CAUSE OF ACTION

Photograph of member — woman — Sun
behind her ear.

— Short red hair — glasses

### THIRD CAUSE OF ACTION

## FACTS

7.  Set forth the facts of your case which substantiate your claim of discrimination.  List the events in the order they happened, naming defendants involved, dates and places.

Note:  Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

The facts surrounding my claim of discrimination are:

Satanic Cult

Slander-

Hate Crime

8.  (a)   My date of birth is: _____.

(b)   My age at the time of the alleged discriminatory act was: _____.

9.  I filed charges with the New York State Division on Human Rights or the New York City Commission on Human Rights regarding the alleged discriminatory acts on or about:

Oct 3cm 2007 - Sept. 14'   10/24/19 , 20
(Date)

10.  I filed a Notice of Intent with the Equal Employment Opportunity Commission on or about:

_____ , 20
(Date)

11.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter **(copy attached)** which was received by me on or about:

march 28th, 2019

(Date)

12.   The plaintiff is an employee within the meaning of 29 U.S.C. § 630(f).

13.   The plaintiff is within the age limits as prescribed by 29 U.S.C. § 631(a).

14.   The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 29 U.S.C. § 630(b) (c) and (d).

15.   The defendant(s) is (are) engaged in commerce within the meaning of 29 U.S.C. § 630(h).

16.   In accordance with 29 U.S.C. § 626(d) and § 633(b), more than sixty (60) days have elapsed since filing a charge alleging unlawful discrimination with the New York State Division of Human Rights, the New York City Commission on Human Rights or the Equal Employment Opportunity Commission.

17.   If plaintiff is a **federal** employee and has not filed a complaint with the Equal Employment Opportunity Commission, in accordance with 29 U.S.C. § 633a(d) a thirty (30) day Notice of Intent to File this action must been given to the Equal Employment Opportunity Commission before an action may be brought in this Court.

18.   **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

5 million

Right to my children

NO further contact with CPS

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 3/28/19

Signature of Plaintiff(s)
(all Plaintiffs must sign)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | Civil Case No.: |
| vs.  Megan Rogers | ) ) ) | CIVIL RIGHTS |
| CPS      Defendant(s) | ) ) ) ) | COMPLAINT PURSUANT TO 42 U.S.C. § 1983 |

Plaintiff(s) demand(s) a trial by: ____ JURY ____ COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff: Megan Rogers

   Address: 229 Duane St.

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: _____

   Official Position: _____

   Address: _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_Mandi Thomas_ _Melen Rages_      **Plaintiff(s)** )

     **vs.** )

_CPS_      **Defendant(s)** )

Civil Case No.:

**CIVIL COMPLAINT
PURSUANT TO
TITLE VII OF THE
CIVIL RIGHTS ACT,
AS AMENDED**

Plaintiff(s) demand(s) a trial by: ____ JURY ____ COURT (Select **only** one).

### JURISDICTION

1. Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

### PARTIES

2. Plaintiff: _Sammie the Cat_

Address: _divorced_

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: _CPS_

Official Position: _____

Address: _____

_____

_____

b.    Defendant: _____

Official Position: _____

Address: _____

_____

_____

4.    This action is brought pursuant to:

__X__ Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C.
§ 2000e *et seq.*, and the Civil Rights Act of 1991, for employment discrimination
based on race, color, religion, sex or national origin.

_____ Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as
amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for
employment discrimination based on pregnancy.

5.    Venue is invoked pursuant to 28 U.S.C. s 1391.

6.    Defendant's conduct is discriminatory with respect to the following (check all that apply):

(A)    _____ My race or color.
(B)    _____ My religion.
(C)    _____ My sex (or sexual harassment).
(D)    _____ My national origin.
(E)    _____ My pregnancy.
(F)    _____ Other: _____.

7.    The conduct complained of in this action involves:

(A)    _____ Failure to employ.
(B)    _____ Termination of employment.
(C)    _____ Failure to promote.
(D)    _____ Unequal terms and conditions of employment.
(E)    _____ Reduction in wages.
(F)    _____ Retaliation.
(G)    _____ Other acts as specified below:

_____

_____

7.   **PRAYER FOR RELIEF**

   **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

_____

_____

_____

_____

_____

_____

   I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____

Signature of Plaintiff(s)
(all Plaintiffs must sign)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| _CPS_ Plaintiff(s) | ) ) ) | Civil Case No.: |
| vs. | ) ) | *BIVENS* ACTION |
| _Megan Rogers_ Defendant(s) | ) ) ) | |

Plaintiff(s) demand(s) a trial by: ____ JURY   ____ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).  The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

### PARTIES

2. a.  Plaintiff: _She was caught drunk at work_

Address: _husband divorced Lewandowski_

_Sharon urged medication_

Additional Plaintiffs may be added on a separate sheet of paper.

_* adderall_
_* methadone_

3. a.  Defendant: _____

Official Position: _____

Address: _tried to kill me in the hospital_

_Prince William Woodard why I was screaming_

_- Lamotrigine_
_- Sodium valproate_
_- Quetiapine_
_- Risperdal_

b.  Defendant: _____

Official Position:  Social Worker

Address:  Dept. of State

_____

_____

_____

c.  Defendant:  Megan Rogers

Official Position:  TUSSCULS

Address:  Court Street

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                          **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

Note:  **You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

- Forced to take medication

15.   **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

I   M - T.

J. R-W.

A. S.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 1/21/20

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

## CERTIFICATE OF SERVICE BY MAIL

State of New York                    :

                                    SS:

County of _Onondaga_    :

     I, _Megan Rogers_____, hereby certify that I am the plaintiff herein and

served a copy of the following document(s):

_____ (Specify document(s)

on   _Robert Rogers_____ (Name of person/Addressee)

at:  _____Baldwinsville NY_____ (Address to which document(s)

_____ were sent)

_possible few?_

by mailing and depositing a true and correct copy of said document(s) in a mailbox located

at: _____ _Jewish hate_

on the following date: ___10/24/19_____ .

     I certify that the foregoing is true and correct.

DATED:                          _Megan Rogers_____
                                Signature of Plaintiff

FORM I (2)

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CPS | |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Megan A. Rogers | |

**SERVE** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*     June 1st, 2019

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

I was poened by CPS at the hospital

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold                                                                                                     Fold

Child Support — taxes
Fraud!!

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* | Date of Service | Time | am / pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

statement
proper off

recont.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| 1) Sharon Zebrowski - CPS | 3) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 2) Megan Rogers | 4) search... |

**SERVE** ➤

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

5)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 6)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| 7) | Number of process to be served with this Form - 285  8) |
| | Number of parties to be served in this case  9) |
| | Check for service on U.S.A.  10) |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                   Fold

11) WARRANT FOR CPS

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| 12) | 13) | 14) 315-863-0015 | 15) 1-1-19 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Megan Rogers - 229 Duerr St. Syracuse NY | | |
| Address (complete only if different than shown above) | Date of Service  1307 | Time          am          pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Warrant for Sharon Zebrowshy

**PRIOR EDITIONS MAY BE USED**          **1. CLERK OF THE COURT**          **FORM USM-285 (Rev. 12/15/80)**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF CPS | COURT CASE NUMBER |
|---|---|

| DEFENDANT Megen Rogers | TYPE OF PROCESS |
|---|---|

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

7304 Manlhurst Rd.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Cicero NY 13039

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

Fold

Signature of Attorney or other Originator requesting service on behalf of:

☐ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. ____ | District to Serve No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|

| Address (*complete only if different than shown above*) | Date of Service | Time | am / pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF 1) Megan Rogers | COURT CASE NUMBER 3) |
|---|---|
| DEFENDANT 2) | TYPE OF PROCESS 4) |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
5)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

7)

| Number of process to be served with this Form - 285 | 8) |
|---|---|
| Number of parties to be served in this case | 9) |
| Check for service on U.S.A. | 10) |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                      Fold

11)

| Signature of Attorney or other Originator requesting service on behalf of: 12) 13) | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 14) | DATE 15) |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am |
| | | | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF NEW YORK**

Form 1A.          Notice of Lawsuit and Request for Waiver of Service of Summons

To: (A) _CPS - Federal Crime - Courthouse_

[as (B) _2 ×4_ of (c) _march 2019_ ]

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) Northern District of New York and assigned docket number

(E) _____ CV _____.   _B - 30013_

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) _____ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. the action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before <u>60</u> days from the date designated below (or before 90 days from that date if your address is not in any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

    I affirm that this request is being sent to you on behalf of the plaintiff, this _20_ day of
_March_ 20_19_.

                                                   _____
                                          Signature of Plaintiff's Attorney or Unrepresented Plaintiff

NOTES:

A - Name of individual defendant (or name of officer or agent of corporate defendant)
B - Title, or other relationship of individual to corporate defendant
C - Name of corporate defendant, if any
D - District
E - Docket number of action
F - Addressee must be given at least thirty (30) days (Sixty (60) days if located in foreign country) in which to return waiver

COPY ONLY FORM "C"
Form 1A

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF NEW YORK

To: _Meyen Rogers_

(Name of Plaintiff's Attorney or Unrepresented Plaintiff)

I acknowledge receipt of your request that I waive service of summons in the action of

_____ N/A _____, which is case number

_____ CV _____ in the United States District Court for the <u>Northern</u>

Docket Number)

<u>District of New York</u>. I have also received a copy of the complaint in the action, two (2) copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided in Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within SIXTY (60) days after _____ ___, or within NINETY (90) days after the date if the request

(date request was sent)

was sent outside the United States.

_10/15/19_

(Date)

(Signature)

Printed/typed name: _Meyen Rogers_

[as _Put it in my_ ]

[of _#blackeaglefund_ ]

Duty to Avoid Unnecessary Costs of Service of Summons
(Please refer to the reverse side of this form for information on your Duty to Avoid Unnecessary Costs of Service of Summons)

* won appeal !!

COPY ONLY FORM "C"
Form 1B

CPS2020

Megan A.Rogers
Federal Lawsuit against CPS
January, 20 2020


 Overview

Perjury
Kidnapping
Stalking
Slander
Racism
Domestic Terrorism
Hate Crime


Evidence
Photos of Cult Activity
Witnesses
Background Check/Types of Music
Religion/ We are not the same

Poisioned/ 8*hours after giving birth
False Accussations
Invasion of Privacy
Mental Abuse/ They are medicated
Conspiracy