# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Megan Rogers**
  Plaintiff(s)
 vs.          **CASE NUMBER: 5:20-cv-75 (LEK/ATB)**

**CPS, Andrea Levandowski, Social Worker**
  Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff fails to timely file an amended complaint as directed, the Clerk shall enter judgment without further order of this Court indicating that this action is DISMISSED without prejudice. Decision and Order dated April 29, 2020 signed by the Honorable Lawrence E. Kahn.

All of the above pursuant to the order of the Honorable Judge Lawrence E. Kahn, dated the 29th day of April, 2020.

DATED: January 15, 2021

                _John Domurad_
                Clerk of Court

                s/Kathy Rogers
                Deputy Clerk